84,202-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308
Austin, Texas 78711

In re: Art. 11.07 Filing / Ex parte Patrick O'Neal Jackson
Harris County, Texas

TO THE HON. ABEL ACOSTA, CLERK:

On or about the 19th day of October, 2015, the Clerk of the Harris County, Houston, Texas, forwarded to the Court of Criminal Appeals my Art. 11.07 Writ of Habeas Corpus. to date I have yet to receive Notice by White Card that the Writ was received by your office. I realize mail is slow, but I believe that a month is a bit long in this matter. I understand the Court has a large fil- ing of this document which is now going to the Texas Supreme Court for review when "rubber-stamped" by the Court even though valid Constitutional violations have occurred.

I thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Patrick O'Neal Jackson

Patrick O'Neal Jackson 1861878
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583

Dated & documented